AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Michigan & Northwest Ohio Allied Printing Trades Council | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 20-12250 |
| v. | ) ) | |
| United Sonz, Inc. et al | ) ) ) | Hon. Bernard A. Friedman |
| Defendant. | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Printing Plus by United Sonz

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lisa M. Smith
McKnight, Canzano, Smith, Radtke & Brault, P.C.
423 N. Main Street
Suite 200
Royal Oak, MI 48067

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/Tracy Thompson
*Signature of Clerk or Deputy Clerk*

Date of Issuance: August 19, 2020



## Summons and Complaint Return of Service

Case No. 20-12250
Hon. Bernard A. Friedman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Printing Plus by United Sonz
was received by me on *(date)* David Kreucher

[X] I personally served the summons on the individual at *(place)* 105 W. Michigan Ave, Ypsilanti, MI 48197 on *(date)* FRI. 8-21-2020 @ 4:45 P.M.

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 8-21-2020

_____
Server's signature

DAVID KREUCHER
Printed name and title

**BAD NEWS BEARERS**
**PROCESS SERVICE**
Server's address 36450 DEQUINDRE
SUITE 600
STERLING HGTS, MI 48310
248-739-9990

Additional information regarding attempted service, etc: